# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Eric Thomas Mesi and Betty Mesi, | Case No. 2:26-cv-01018-DJA |
| Plaintiffs, | |
| v. | **Order** |
| American Modern Property and Casualty Insurance Company aka American Modern Insurance Group, Inc.; et al., | |
| Defendants. | |

Before the Court is Plaintiffs Eric Thomas Mesi and Betty Mesi's motion for leave to file documents electronically. (ECF No. 9). Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case. Plaintiffs appear to have access to a word processing program. Because the Court finds that Plaintiffs are capable of filing electronically, it grants the motion. (ECF No. 9).

In their motion to remand, Plaintiffs also assert that they do not consent to proceed before the assigned magistrate judge. (ECF No. 7). The Court will therefore direct the Plaintiffs to the General Order filed at ECF No. 3 and the Option to Decline Magistrate Judge Overseeing Your Case form filed at ECF No. 4, through which the Plaintiffs may decline consent.

**IT IS THEREFORE ORDERED** that Plaintiffs' motion to file electronically (ECF No. 9) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Plaintiffs: (1) a copy of this order; and (2) a copy of the form Option to Decline Magistrate Judge Overseeing Your Case filed at ECF No. 4.

DATED: April 8, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE