# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC THOMAS MESI, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>AMERICAN MODERN PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,<br><br>    Defendants | Case No.: 2:26-cv-01018-APG-DJA<br><br>**Order Accepting Report and Recommendation and Remanding Case**<br><br>[ECF Nos. 7, 8, 19, 24-28] |

On April 29, 2026, Magistrate Judge Albregts recommended that I grant the plaintiffs' motion to remand this case to the Eighth Judicial District Court from which it was removed and that I deny all other pending motions. ECF No. 28.  No party objected.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 28) is accepted, the plaintiffs' motion to remand (ECF No. 7) is GRANTED, and all other pending motions (ECF No. 8, 19, 24-27) are DENIED.

I FURTHER ORDER that this case is remanded to the state court from which it was removed for all further proceedings.  The clerk of court is instructed to close this case.

DATED this 19th day of May, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE